**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Franklin T. Jones and Samella C. Jones | No.   09-26318 |
| Debtor | Hon.  Jack B. Schmetterer |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on November 7, 2014, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

                    /s/ Meredith S. Fox

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Christopher Turnbull and Tom Vaughn on November 7, 2014.

                    /s/ Meredith S. Fox

Meredith S. Fox - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300
Chicago, IL 60601
312-201-6679


**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Franklin T. Jones and Samella C. Jones
1318 W 109th St
Chicago, IL 60643

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Christopher Turnbull
Law Office of Jason Blust
211 W. Wacker, Suite 200
Chicago, IL 60606